UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, ET AL.<br><br>          Plaintiffs,<br><br>          vs.<br><br>OMAHA SPRINKLER COMPANY d/b/a ACME OMAHA SPRINKLER COMPANY, ET AL.<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) CA No.: TDC-19-02089<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby file this Notice of Voluntary Dismissal of the instant action against the Defendants, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) for reasons stated as follows. This action was filed on July 16, 2019 by the Plaintiffs to recover delinquent amounts owed by the Defendants to the Plaintiff Funds. Subsequently, the Plaintiffs and the Defendants agreed upon a settlement of this action. The opposing parties have neither served an Answer nor a Motion for Summary Judgment.

Dated: October 7, 2019

                                        Respectfully submitted,

                                        **O'DONOGHUE & O'DONOGHUE LLP**
                                        5301 Wisconsin Avenue, NW
                                        Suite 800
                                        Washington, DC  20015
                                        (202) 362-0041 – telephone
                                        (202) 362-2640 – facsimile
                                        cgilligan@odonoghuelaw.com

                          By:_____/s/_____
                                        Charles W. Gilligan
                                        Maryland Bar No. 05682
                                        Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal, has been sent first class mail, postage prepaid, this 7th day of October, 2019, to:

Gregory Higginbotham
Dena M. Higginbotham
Omaha Sprinkler Company d/b/a
  Acme Omaha Sprinkler Company
PO Box 3745
Omaha, NE  68103

_____/s/_____<br>Charles W. Gilligan

333783_1